**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

E-filing

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

FILED JUN 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 5, 2007

United States District Court
Northern District of California
450 Golden Gate Ave, P.O. Box 36060
San Francisco, CA 94102

C-07-3081 SI

RE: **MDL 07-1827** In re TFT-LCD (Flat Panel) Antitrust Litigation
RE: **Granich v. LG Philips LCD Company, Ltd. Et al.**
     Case number: **2:07-cv-00296-RLH-PAL**

Dear Court Clerk:

Please be advised that the above-entitled action is been transferred by CD to the Northern District of California MDL 1827 Circuit pursuant to CTO-1 from the Judicial Panel on Multidistrict Litigation.

Very truly yours,

LANCE S. WILSON, CLERK

By: _____/s/_____
Andrew Mennear, Deputy Clerk
Enclosures
Please return the enclosed copy of this letter with your case number.

Received on - Date: _____

Your CASE Number: _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

29 May 2007

U.S. District Court
District of Nevada
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Re:   MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

Title of Case(s)
Richard Granich -v- LG Philips LCD Co., Ltd., et al

Your Case Number(s)
C.A. No. 2:07-0296

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Susan Illston for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to rufino_santos@cand.uscourts.gov, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, 3) if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

R. C. Santos

By: Rufino Santos
Deputy Clerk

Encl.