# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00296-RLH-PAL
### Internal Use Only

Granich v. LG Philips LCD Company, Ltd. et al
Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Peggy A. Leen
Cause: 28:1332 Diversity-Fraud

Date Filed: 03/08/2007
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**

**Richard Granich**  represented by **Cory M Jones**
Royal, Jones, Dunkley & Wilson
2920 N. Green Valley Parkway
Henderson, NV 89014
702-471-6777
Fax: 702-531-6777
Email: cjones@rjdwlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**LG Philips LCD Company LTD**

**Defendant**
**LG Philips LCD America, Inc**

**Defendant**
**Samsung Electronics Company, Ltd.**

**Defendant**
**Samsung Electronics America**

**Defendant**
**NEC Corporation**

**Defendant**
**NEC Display Solutions of America, Inc.**

**Defendant**
**NEC LCD Technologies, Ltd.**

**Defendant**

NEC Electronics America, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

AU Optronics Corporation

**Defendant**

AU Optronics Corporation America

represented by **John Aberasturi**
P.O. Box 3559
P.O. Box 3559
Reno, NV 89505
(775) 786-3930
Fax: (775) 786-4160
Email: jaberasturi@etsreno.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Chi Mei Optoelectronics Corporation

**Defendant**

Chi Mei Optoelectronics USA, Inc

**Defendant**

International Display Technology Co., Ltd.

**Defendant**

International Display Technology USA Inc.

**Defendant**

Hitachi, Ltd.

**Defendant**

Hitachi America, Ltd.

**Defendant**

Hitachi Electronic Devices (USA) Inc.

**Defendant**

**Hitachi Displays, Ltd**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba Matsushita Display Technology, Ltd.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**HannStar Display Corporation**

**Defendant**

**IDT International Ltd.**

**Defendant**

**Oregon Scientific, Inc.**

**Defendant**

**Sanyo Epson Imaging Devices Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 504451), filed by Richard Granich. Certificate of Interested Parties due by 3/19/2007. (Attachments: # 1 Civil Cover Sheet # 2 Summons Philips LCD# 3 Summons Philips LCD America# 4 Summons Samsung Elec.# 5 Summons Samsung Elect.America# 6 Summons NEC# 7 Summons NEC Display# 8 Summons NEC LCD# 9 Summons Sharp# 10 Summons Sharp Elec# 11 Summons Au Optronics# 12 Summons Au Optronics America# 13 Summons Chi Mei# 14 Summons Chi Mei USA# 15 Summons International display# 16 Summons Hitachi# 17 Summons International display USA# 18 Summons Hitachi America# 19 Summons Hitachi Electronic# 20 Summons Toshiba# 21 Summons Toshiba matsushita# 22 Summons Chunghwa# 23 Summons Hannstar# 24 Summons IDT# 25 Summons Oregon Scientific# 26 Summons Sanyo Epson# 27 Summons NEC Electronics# 28 Summons Hitachi Displays)(Jones, Cory) (Entered: 03/09/2007) |

| | | |
|---|---|---|
| 03/09/2007 |  | Case assigned to Judge Roger L. Hunt and Peggy A. Leen. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 2 | SUMMONS Issued as to LG Philips LCD Company LTD. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 3 | SUMMONS Issued as to LG Philips LCD America, Inc. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 4 | SUMMONS Issued as to Samsung Electronics Company, Ltd. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 5 | SUMMONS Issued as to Samsung Electronics America. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 6 | SUMMONS Issued as to NEC Corporation. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 7 | SUMMONS Issued as to NEC Display Solutions of America, Inc. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 8 | SUMMONS Issued as to NEC LCD Technologies, Ltd. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 9 | SUMMONS Issued as to Sharp Corporation. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 10 | SUMMONS Issued as to Sharp Electronics Corporation. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 11 | SUMMONS Issued as to AU Optronics Corporation. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 12 | SUMMONS Issued as to AU Optronics Corporation America. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 13 | SUMMONS Issued as to Chi Mei Optoelectronics Corporation. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 14 | SUMMONS Issued as to Chi Mei Optoelectronics USA, Inc. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 15 | SUMMONS Issued as to International Display Technology Co., Ltd. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 16 | SUMMONS Issued as to Hitachi, Ltd. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 17 | SUMMONS Issued as to International Display Technology USA Inc. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 18 | SUMMONS Issued as to Hitachi America, Ltd. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 19 | SUMMONS Issued as to Hitachi Electronic Devices (USA) Inc. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 20 | SUMMONS Issued as to Toshiba Corporation. (MJZ) (Entered: 03/09/2007) |

| | | |
|---|---|---|
| 03/09/2007 | 21 | SUMMONS Issued as to Toshiba Matsushita Display Technology, Ltd. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 22 | SUMMONS Issued as to Chunghwa Picture Tubes, Ltd. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 23 | SUMMONS Issued as to HannStar Display Corporation. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 24 | SUMMONS Issued as to IDT International Ltd. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 25 | SUMMONS Issued as to Oregon Scientific, Inc. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 26 | SUMMONS Issued as to Sanyo Epson Imaging Devices Corporation. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 27 | SUMMONS Issued as to NEC Electronics America, Inc. (MJZ) (Entered: 03/09/2007) |
| 03/09/2007 | 28 | SUMMONS Issued as to Hitachi Displays, Ltd. (MJZ) (Entered: 03/09/2007) |
| 04/05/2007 | 29 | ORDER for Certificate of Interested Parties. IT IS ORDERED that counsel for Plaintiff shall have a period of 10 calendar days from the filing date of this order within which to fully comply with the provisions of Local Rule 7.1-1. Certificate of Interested Parties due by 4/19/2007. Signed by Judge Peggy A. Leen. (AXM) (Entered: 04/05/2007) |
| 04/11/2007 | 30 | CERTIFICATE of Interested Parties by Plaintiff Richard Granich. (Jones, Cory) (Entered: 04/11/2007) |
| 04/26/2007 | 31 | STIPULATION *For Extension For Time to Respond to Complaint* by Defendant AU Optronics Corporation America. (Aberasturi, John) (Entered: 04/26/2007) |
| 05/02/2007 | 32 | ORDER ON STIPULATION granting 31 Stipulation for time to respond to complaint. 45 days after filing of consolidated amended complaint. Signed by Judge Roger L. Hunt on 4/30/07. (AXM) (Entered: 05/02/2007) |
| 05/14/2007 | 33 | COPY of CTO - 1 ORDER. Signed by Judge MDL M MDL. (AXM) (Entered: 05/17/2007) |
| 05/29/2007 | 34 | Certified Copy of (CTO-1) Conditional Transfer Order - 1. Stay is lifted and Case to be transferred to the MDL Panel. Signed by Judge MDL M MDL. (AXM) (Entered: 06/05/2007) |
| 06/01/2007 | 35 | LETTER from MDL Panel re 34 (CTO-1)Order. Record and copies of documents to be transferred to Northern District of California. (AXM) (Entered: 06/05/2007) |
| 06/05/2007 | 36 | TRANSMITTAL of 35 Letter. Transmittal of Record and certified copy of docket sheet to Northern District of California. (AXM) (Entered: |

| | | 06/05/2007) |